1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8

Carlos Jose Oliva,

              Plaintiff,

v.

Maricopa County Sheriff's Office of Paul Penzone,

              Defendant.

No. _____

**INDEX**

9
10
11
12
13
14

Exhibits:    (A)    Contents of Superior Court File No. CV2018-014973

             (B)    Superior Court Notice of Removal to the Federal District Court

             (C)    Civil Cover Sheet

             (D)    Supplemental Cover Sheet

15
16
17
18
19
20
21
22

Exhibit A

Person Filing: Oliva, Carlos Jesus

Booking Number: T31630

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

CHRIS DEROSE
Clerk of the Superior Court
By Wendy Stevens, Deputy
Date 12/05/2018 Time 11:40:05

| Description | Amount |
|---|---|
| ——— CASE# CV2018-014973 ——— | |
| CIVIL NEW COMPLAINT | 333.00 D |
| | |
| TOTAL AMOUNT | 0.00 |
| Receipt# 26931314 | |

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Oliva, Carlos Jesus
**Name of Plaintiff**

Case Number: CV2018-014973

Title: **CIVIL COMPLAINT**

Maricopa County Sheriff Office of Paul Penzone
**Name of Defendant**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is _Dima Carlos Yose_

4.  The Defendant in this case is _Maricopa County Sheriffs Office_ _Of Paul Penzone_

## STATEMENT OF FACTS AND BREACH

5. _I Dima Carlos WAS Sexually Assaulted on 10/8/2017 while Incarcerated In MCSO Custody At the Lower Buckeye Jail_

6. _This Occured While I was In Protective Custody — ADMINISTRATIVE SEGREGATION_

7. _MCSO Purposely put me in a Room with who was a Serial Rapist. He Started to Hold my Arms down and_

8. _which the inmate my Celly at that time; Climb into my Bed while I was Sleeping, pushed down my_

9. _Pants Penetrated my Anally, Grabbed me in my privates Me Sexually While, And Told me if I tell Anyone_

Case Number: _____

10. _____ _____ _ Kill ___, And Proceeded to finish
His Att____ upon me Carlos Oliva.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( Claim I ) eighth Amendment; 42 U.S.C. § 15601 (13)

( Claim II ) eighth Amendment; 42 U.S.C. § 15602 (1)

( Claim III ) eighth Amendment; Rape, Sexual assault, Sexual Harassment.

( Claim IIII ) eighth Amendment; invasive Sexual touching

( Claim V ) D____ & Death ___ ____ ____ §__ Arizona Constitution (S____)

( Claim VI ) Victims Bill of Rights § 2.1 Arizona Constitution Section 2.1 (A) #1, #2, #3, #4, #8. (Section 2.1)

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 1. ) flash backs, mental Visions of what happen, Anal Blee___, Brusies on her's ____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 3 of 4                                              CVC10f 070118

Case Number: _____

( 2 ) He Grobbed me / Panic Attacks / High Mental Anxiety

( 3 ) Unwanted thoughts / mental Distress

( 4 ) Spiritaul, phyical, mentally Violated.

( 5. ) Sickness of unwanted sexual Violence

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) I the Plaintiff Carlos Oliva Demand to be paid for the Suffering and pain Due to the tragic mental

( 2 ) Distress as well as the Healings of the injury's I inguired I hearby Demand a lumpsome of $6,500,000.⁰⁰

( 3 ) Dollars for the laws and rights that i was put threw. Also I Demand that (Gisso) maricopa County

( 4 ) Sheriffs Office of Disilice zone for Immindiatly Release of Carlos Oliva for going through this Painful tradegy.

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 11-16-18
           *(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

(11-16-18)

"Demand for Relief"

(5.) I Also Demand For A Jury trial if me the Plantiff and the Defendant Don't Come up With A fair Settlement Plan. Etc.

(6.) Also the Defendant pay All Costs and Expenses Including Attorney's fee's and Interest fee's and Court fee's.

Person Filing: Cina Carlos Jose

Booking Number : T391450

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

CHRIS DEROSE, CLERK
BY _____ DEP
W. Stevens
W. STEVENS FILED

**18 DEC -5  AM 11: 38**

FOR CLERK'S USE ONLY

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Cina Carlos Jose
_____
PLAINTIFF,

vs.

Maricopa County
Sheriffs Office of Arizona
DEFENDANT.

CV2018-014973

Case Number: _____

## CERTIFICATE OF COMPULSORY ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does** / **does not** exceed limits set by Local Rule for compulsory arbitration. This case **is** / **is not** subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this november day of 16 _____, 20 18 .

BY _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 1

CV00f - 030617
Use current version

In the Superior Court of the State of Arizona
in and for the County of __Maricopa__

CV2018-014973

CHRIS DEROSE, CLERK
BY ___ W. Stevens ___ DEP
W. STEVENS, FILED

18 DEC -5 AM 11: 34

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language:

(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:

Carlos Jose Oliva     3250 W lower Buckeye rd (185) 242-3251 Ccoliva19@@mail.com
Bk #T391480     Phx, AZ 85009 23A-01-01 aad
526 S Sycamore Mesa, AZ 85202

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

MCSO Facility ... ... ... .. .. ... .. ... City of Phoenix
Maricopa County Sheriffs Office, Joel Fox, Dona ...

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☒ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O.   ☐ 124 Other

**130 CONTRACTS:**

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
　　☐ 136 Six to Nineteen Structures
　　☐ 137 Twenty or More Structures

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
　　(A.R.S. §23-212)

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CV10f – 070118.

Case No._____

☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax
   Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
   (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
   (Specify)

## RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:

(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case
would belong under Rule 26.2.)

☒ Amount Pleaded $ 6,500,000.00      ☐ Tier 1      ☐ Tier 2      ☒ Tier 3

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order      ☐ Provisional Remedy      ☐ OSC      ☐ Election Challenge
☐ Employer Sanction      ☐ Other (Specify)_____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the
commercial Court. More information on the commercial Court, including the most recent forms, are available on the
Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

_____

Person Filing: _Oliva, Carlos Jose_

Booking Number: _T391480_

Address (if not protected): _3250 W. Lower Buckeye Road_

City, State, Zip Code: _Phoenix, AZ 85009_

CHRIS DEROSE, CLERK
BY _W. Stevens_ DEP
W. STEVENS, FILED

18 DEC -5   AM 11: 34

Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

_Oliva Carlos_

CV2018-014973

**Name of Petitioner/Plaintiff**

Case Number: _____

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

_Maricopa County Sheriffs Office Of· Paul Penzone_

**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.**

---

THE COURT FINDS that the applicant (print name), _Oliva Carlos Jose_

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and costs.

   **OR**

2. ☑ IS ELIGIBLE FOR A DEFERRAL of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

   **OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and costs at the court's discretion (A.R.S. §12-302(L)).

   **OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

   **OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and costs because the applicant is permanently unable to pay.

   **OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and costs at the court's discretion (A.R.S. §12-302(L)).

   **OR**

7. ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and costs.

---

Case Number: _____

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

    ☐ The application is incomplete because _____

    **You are encouraged to submit a complete application.**

    ☐ The applicant does not meet the financial criteria for deferral because _____

    **A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and costs in this court:

    ☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

    **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

    ☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

    ☐ **SCHEDULE OF PAYMENTS.**
    The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and costs in this case.

☐ **WAIVER IS GRANTED** for all fees and costs in this case that may be waived under A.R.S. § 12-302(H).

    ☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

Case Number: _____

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

    A.  Fees and costs are taxed to another party;

    B.  The applicant has an established schedule of payments in effect and is current with those payments;

    C.  The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

    D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

    E.  Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

        1.  Pays the fees and costs; or,

        2.  Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____ DEC _ 5 2018

_Wendy_

☐ **Judicial Officer**  ☒ **Special Commissioner**

W. Stevens
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f - 071017
Use current version

CHRIS DEROSE, CLERK
BY                    DEP
W. Stevens
W. STEVENS, FILED

18 DEC -5 AM 11: 34

Person Filing: _Oliver Carlos Jose_
Booking Number: _T81480_
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Oliver Carlos Jose_
**Name of Petitioner/Plaintiff**

Case Number: _CV2018-014973_

_Paul Penzone_
_Maricopa County Sheriffs Office_
**Name of Respondent/Defendant**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA        )
                                      ) ss.
COUNTY OF _Maricopa_  )

> **NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

☒ I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

☒ It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain): _I am currently a Detainee at MCSO facility or Lower Buckeye Jail_

[ ] An enforceable injunction against harassment has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person
to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____

_____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|
| _____ | _____ |
| _____ | _____ |

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-16-18

Signature

_Carlos J Oliva_

Applicant's Printed Name

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) 11-16-18 , the last known address of the person to be
served as: 3250 W lower Buckeye Rd Phx AZ 85009 lower Buckeye Jail

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2

GNF21f - 090114
Use current version

Person Filing: *Oliva, Carlos Jose*
Booking Number: *T391480*
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009

CHRIS DEROSE, CLERK
BY   *W. Stevens*   DEP
W. STEVENS, FILED

18 DEC -5  AM 11: 34

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

*Oliva Carlos Jose*
**Name of Petitioner/Plaintiff**

*Maricopa County Sheriffs Office*
*of Paul Penzone*
**Name of Respondent/Defendant**

Case Number: *CV2018-014973*

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF *Maricopa*      )

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1. ☒ **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    ☒ Food Stamps
    [ ] Legal Aid Services

2. ☒ **WAIVER:**

    ☒ I receive government assistance from the federal Supplemental Security Income (SSI) program.

Case Number: _____

3.   **FINANCIAL QUESTIONNAIRE**
     **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

     NAME                                    RELATIONSHIP
     _____         _____
     _____         _____
     _____         _____

**STATEMENT OF INCOME AND EXPENSES**

     Employer name: _____
     Employer phone number: _____
     ☒ I am unemployed (explain): I am Currently a Detainee At MCSO
     Ower Buckeye Ju
     My prior year's gross income:                          $ _____0_____

**MONTHLY INCOME**

| | | |
|---|---|---|
| My total monthly gross income: | $ | 0 |
| My spouse's monthly gross income (if available to me): | $ | 0 |
| Other current monthly income, including spousal maintenance/support, retirement, rental, interest, pensions, and lottery winnings: | $ | 0 |
| **TOTAL MONTHLY INCOME** | $ | 0 |

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 0 | $ 0 |
| Car payment | $ 0 | $ 0 |
| Credit card payments | $ 0 | $ 0 |
| Explain: _____ | | |
| Other payments & debts | $ 0 | $ 0 |
| Household | $ 0 | |
| Utilities/Telephone/Cable | $ 0 | |
| Medical/Dental/Drugs | $ 0 | |
| Health insurance | $ 0 | |
| Nursing care | $ 0 | |
| Tuition | $ 0 | |
| Child support | $ 0 | |
| Child care | $ 0 | |
| Spousal maintenance | $ 0 | |
| Car insurance | $ 0 | |
| Transportation | $ 0 | |
| Other expenses (explain) | $ 0 | |

**TOTAL MONTHLY EXPENSES**                                $ 0

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $ 0 |
| Credit union accounts | $ 0 |
| Other liquid assets | $ 0 |
| **TOTAL ASSETS** | $ 0 |

**The basis for the request is:**

4.  [ ] **DEFERRAL:**

    A.  [ ] My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

OR

    B.  [X] I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

        _I am currently a Detainee at MCSO facility_
        _Wear Rockyd jail_

OR

    C.  [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| N/A | $ 0 |
|  | $ 0 |
|  | $ 0 |
| **TOTAL EXTRAORDINARY EXPENSES** | $ 0 |

5.  [X] **WAIVER:**

I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

<strong>IMPORTANT</strong>

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

"PAGE for APPLICATION for DEFERRAL OR WAIVER"

Please, Waive All My Costs and Filling fees Due to I am a INCarcerated Sentenced Detainee At MCSO Facility lower Buckeye JAIL. I Currently Do Not MAKE No Income. I am Currently At 23A - CELL #01 BEd #01 and my NAME IS CARLOS JOSE Oliva BK# T591147D. Thank you and have A Blessed dey.

DATE

11-30-18

Signature

Carlos J. Oliva

Print NAME

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

11-20-18
Date

_____
Signature

_____
Applicant's Printed Name

11/20/18
Date

_____
Judicial Officer, Deputy Clerk or Notary Public

4/14/19
My Commission Expires/Seal

C. A. MANISCALCO
Notary Public, State of Arizona
Maricopa County
My Commission Expires
April 14, 2019

CHRIS DEROSE, CLERK
BY                              DEP
W. Stevens
W. STEVENS, FILED

18 DEC -5  AM 11: 39

Person Filing: _Cru Carlos Jose_

Booking Number: _T391-70_

Address (if not protected): _3250 W. Lower Buckeye Road_

City, State, Zip Code: _Phoenix, AZ 85009_

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff   OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Chiancarlos Jose_

Name of Plaintiff

Case Number: _CV2018-014973_

_Maricopa County Elections Office of Paul Penzone_

Name of Defendant

Title:  **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, _Chiancarlos Jose_, demands a trial by jury in this case. If this

_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this _11-16-18_

_(Date of signature)_

_Carlos Jose_

(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED                    Page 1 of 1                    CVC11f 050718



CHRIS DEROSE, CLERK
BY _____ DEP
W. STEVENS, FILED

**18 DEC -5  AM II: 47**

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

**CARLOS JOSE OLIVA**
Name of Petitioner/Plaintiff.

**CASE NO. CV2018-014973**

**ORDER FOR ASSESSMENT AND COLLECTION OF INMATE COURT FEES AND COSTS**

**MARICOPA COUNTY SHERIFF OFFICE**
Name of Respondent/Defendant.

**THE COURT FINDS** that **CARLOS JOSE OLIVA**, DOC number **T391480**, is an inmate confined to a correctional facility operated by the Arizona State Department of Corrections who has initiated a civil action or proceeding, other than an action or proceeding for dissolution of marriage, legal separation, or annulment or establishment, enforcement or modification of child support. The amount of fees and costs due to date is **$363.00**. (OR ALTERNATIVELY: "A STATEMENT OF FEES and COSTS DUE IS ATTACHED.") In accordance with A.R.S. § 12-302(E),

**IT IS ORDERED** that a first time payment of twenty percent (20%), **$72.60**, is assessed as a partial payment of the amount due. If monies exist, the State Department of Corrections shall deduct this amount from the inmate's spendable account and remit it to the court.

**IT IS FURTHER ORDERED** that the clerk of the court shall forward to the State Department of Corrections an updated accounting of the amount of actual court fees and costs.

**IT IS FURTHER ORDERED** that the State Department of Corrections shall withhold twenty percent (20%) of all deposits in the inmate's spendable account until the actual court fees and costs are collected in full and shall annually forward any monies collected to this court. Upon the inmate's release, the State Department of Corrections shall forward the amount of fees and costs collected through the date of the release and the inmate's current mailing address to the following address:

> Clerk of Superior Court
> Deferral and Billing Unit
> 201 W. Jefferson St.
> Phoenix, AZ  85003-2291

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the State Department of Corrections, Bureau of Business and Finance and to the inmate personally.

DATED: **December 5, 2018**

☐ Judicial Officer     ☒ Special Commissioner

W. Stevens
Deputy Clerk

**OFF – revised 09-01-14**

Exhibit B

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   GOSIA M. ZAWISLAK (028408)
      SHERLE R. FLAGGMAN (019079)
      Deputy County Attorneys
      zawislag@mcao.maricopa.gov
      flaggmas@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Defendant Maricopa County
Sheriff's Office of Paul Penzone

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Carlos Jose Oliva, | No. CV2018-014973 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | |
| Maricopa County Sheriff's Office of Paul Penzone, | (Honorable Rosa Mroz) |
| Defendant. | |

TO THE CLERK OF THE COURT AND PLAINTIFF:

PLEASE TAKE NOTICE THAT Defendant, Maricopa County Sheriff's Office of Paul

Penzone, by and through undersigned counsel, hereby notifies this Court that it has filed a

Notice of Removal of this action to the United States District Court for the District of

Arizona. A copy of the Notice of Removal (without attachments) filed on December 27, 2018, is attached hereto as Exhibit A.

**RESPECTFULLY SUBMITTED** this 27th day of December, 2018.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  /s/ Gosia M. Zawislak
GOSIA M. ZAWISLAK
SHERLE R. FLAGGMAN
Deputy County Attorneys
*Attorneys for Defendant Paul Penzone*

<u>CERTIFICATE OF SERVICE</u>

ORIGINAL e-filed via TurboCourt on December 27, 2018 with:

The Clerk of the Superior Court

COPY mailed to:

Carlos Jose Oliva T391480
3250 West Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro per*

/s/ S. Rojas
S:\CIVIL\CIV\Matters\CJ\2018\Oliva v. MCSO CJ18-0271\Pleadings\Removal Docs\Notice of Filing Removal (Superior).docx

2

Exhibit A

1  WILLIAM G. MONTGOMERY
   MARICOPA COUNTY ATTORNEY
2
   By:   GOSIA M. ZAWISLAK (028408)
3         SHERLE R. FLAGGMAN (019079)
          Deputy County Attorneys
4         zawislag@mcao.maricopa.gov
          flaggmas@mcao.maricopa.gov
5
   CIVIL SERVICES DIVISION
6  Security Center Building
   222 North Central Avenue, Suite 1100
7  Phoenix, Arizona 85004
   Telephone (602) 506-8541
8  Facsimile (602) 506-8567
   ca-civilmailbox@mcao.maricopa.gov
9  MCAO Firm No. 00032000

10 Attorneys for Defendant Maricopa County
   Sheriff's Office of Paul Penzone
11
                    **IN THE UNITED STATES DISTRICT COURT**
12
                       **FOR THE DISTRICT OF ARIZONA**
13

14 Carlos Jose Oliva,                          No. _____

15              Plaintiff,                      **NOTICE OF REMOVAL OF**
   v.                                          **MARICOPA COUNTY SUPERIOR**
16                                             **COURT CASE NO. CV2018-014973 TO**
   Maricopa County Sheriff's Office of Paul    **THE UNITED STATES DISTRICT**
17 Penzone                                     **COURT**

18              Defendant.

19

20       Defendant, Maricopa County Sheriff's Office of Paul Penzone, by and through

21 undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules

22 of Practice of the United States District Court for the District of Arizona, notice the

removal of the above-captioned case, cause number CV2018-014973, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1.      On or about December 5, 2018, Plaintiff filed a Complaint against Defendant in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Carlos Jose Oliva v. Maricopa County Sheriff's Office of Paul Penzone,* No. CV2018-014973.  A copy of the Complaint and all other documents previously filed in this matter and served on Defendant is attached hereto as Exhibit A.

1.      The Complaint was served on Defendant on December 13, 2018.

2.      The Defendant has not pleaded, answered or otherwise appeared in the action.

3.      This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4.      The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's civil rights and is brought under 42 U.S.C. § 1983.

5.      By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c).  The Defendant who has been served consent to the removal of this action.

6.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit B, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 27th day of December, 2018.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY:  /s/ Gosia M. Zawislak
GOSIA M. ZAWISLAK
SHERLE R. FLAGGMAN
Deputy County Attorneys
*Attorneys for Defendant Maricopa*
*County Sheriff's Office of Paul Penzone*

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003

COPY mailed to:

Carlos Jose Oliva T391480
3250 West Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro per*

/s/ S. Rojas
S:\CIVIL\CIV\Matters\CJ\2018\Oliva v. MCSO CJ18-0271\Pleadings\Removal Docs\Notice of Filing Removal (District).docx

| **From:** | CustomerService=turbocourt.com@smtp.turbocourt.com on behalf of TurboCourt Customer Service |
|---|---|
| **To:** | Loucks Darcie; Rojas Selena |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |
| **Date:** | Thursday, December 27, 2018 9:25:08 AM |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #3074737 has been DELIVERED to Maricopa County - Superior Court.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2018-014973 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Oliva Vs. Maricopa County Sheriff Office Of Paul P
Filed By: Gosia Zawislak
AZTurboCourt Form Set: #3074737
Keyword/Matter #:
Delivery Date and Time: Dec 27, 2018 9:24 AM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)


Attached Documents:
Notice of Removal to Federal Court: NOTICE OF FILING NOTICE OF REMOVAL
Exhibit/Attachment (Supporting): Exhibit A